UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD KILBOURNE
#190446,

           NO. 4:23-cv-13008

   Plaintiff,

           HON. F. KAY BEHM

v

           MAGISTRATE JUDGE
HEIDI WASHINGTON, *et al.*,   ELIZABETH A. STAFFORD

   Defendants.

_____

| | |
|---|---|
| Paul Matouka (P84874) | Jennifer A. Foster (P75947) |
| Oliver Law Group P.C. | Assistant Attorney General |
| Attorneys for Plaintiff | Attorney for MDOC Defendants |
| 50 W Big Beaver Rd, Ste. 200 | Michigan Dept. of Attorney |
| Troy, MI 48084 | General |
| (248) 436-3385 | Corrections Division |
| notifications@oliverlawgroup.com | P.O. Box 30217 |
| | Lansing, MI  48909 |
| | (517) 335-3055 |
| | fosterj15@michigan.gov |

_____/

## <u>ORDER</u>

Based on the joint request of the parties to stay the settlement

conference and all other currently pending case management deadlines,

it is ORDERED that the settlement conference scheduled for January

26, 2026, is stayed, and all currently pending case management dates

ordered in ECF No. 45, are stayed.  The Court will schedule a status conference in 60 days to obtain an update from the parties.  If at any time the parties believe efforts toward resolution have failed, the parties will immediately inform the Court to reinitiate Court involvement in the continued litigation process.

**IT IS SO ORDERED**.


Date: January 21, 2026          s/F. Kay Behm
                                F. Kay Behm
                                United States District Judge